◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE WILLIAMS, Appellant. [855 NYS2d 196]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered September 13, 2006, convicting him of robbery in the first degree (two counts) and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the complainant did not sustain a "physical injury" within the meaning of Penal Law § 10.00 (9) was not raised at trial and, accordingly, is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10 [1995]; *People v Garcia*, 9 AD3d 470, 471 [2004]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish, beyond a reasonable doubt, that the complainant sustained a "physical injury" within the meaning of Penal Law § 10.00 (9) (*see People v Chiddick*, 8 NY3d 445 [2007]; *People v Harvey*, 309 AD2d 713 [2003]; *cf. Matter of Philip A.*, 49 NY2d 198, 200 [1980]; *Matter of Ashley M.*, 35 AD3d 612, 613 [2006]).

Moreover, the defendant's contention that certain comments

made by the prosecutor during summation were improper is unpreserved for appellate review, since the defendant failed to object or raised only a general objection to the remarks (*see* CPL 470.05 [2]; *People v Tonge,* 93 NY2d 838, 839-840 [1999]; *People v Almonte,* 23 AD3d 392, 394 [2005]; *People v Martinez,* 17 AD3d 484, 485 [2005]). In any event, the challenged remarks were a permissible response to the defense counsel's summation (*see People v Carter,* 36 AD3d 624 [2007]; *People v Martinez,* 17 AD3d 484 [2005]; *People v Duplessis,* 16 AD3d 846 [2005]; *People v Keller,* 238 AD2d 758 [1997]; *People v Colonna,* 135 AD2d 724 [1987]).

The defendant's remaining contention is without merit. Skelos, J.P., Angiolillo, Leventhal and Belen, JJ., concur.